IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL DAVID HINTON,

    Plaintiff,

v.                                      CASE NO. 5:12-cv-262-RS-EMT

CAPTAIN D. GRIFFIN
and SERGEANT K. NEWBERRY,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion to Dismiss (Doc. 16) and the magistrate judge's Report and Recommendation (Doc. 18). The action is **DISMISSED without prejudice**. The Clerk is directed to close the case.

**ORDERED** on January 10, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**